# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-496

———————————————

SAMANTHA TREADWELL,

Appellant,

v.

BRADLEY TREADWELL,

Appellee.

———————————————

On appeal from the Circuit Court for Holmes County.
Timothy Register, Judge.

January 30, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Samantha Treadwell, pro se, Appellant.

Russell S. Roberts, Marianna, for Appellee.